**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-1273**

JEFFREY THOMAS FARMER,

Plaintiff - Appellant,

versus

UNIVERSITY OF NORTH CAROLINA, at Chapel Hill,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-03-103-H)

Submitted: April 17, 2003          Decided: April 22, 2003

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey Thomas Farmer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Thomas Farmer appeals the district court's order dismissing his complaint alleging violations of the Americans with Disabilities Act and the Rehabilitation Act for failing to state a claim. See 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Farmer v. University of North Carolina, No. CA-03-103-H (E.D.N.C. Feb. 20, 2003). We deny Farmer's motions to expedite the appeal and to seal forwarded documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED